1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Michele L. Jackson (SBN 209841)
3  michele@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  Attorneys for Plaintiff JOANNA HARRIS

7

8                    UNITED STATES DISTRIC COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | JOANNA HARRIS, an individual, | Case No. 2:15-cv-01313-BRO (AJWx) |
   | | **ORDER ON** |
12 | Plaintiff, | **REQUEST FOR DISMISSAL** |
13 | v. | Hon. Beverly Reid O'Connell |
14 | BRITISH AIRWAYS, PLC, a foreign | |
15 | corporation and DOES 1 through 50, inclusive, | |
16 | Defendants. | Scheduling Conference : June 8, 2015 |
   | | Time: 1:30 p.m. |
17 | | Dept. 14 Spring Street Floor |

20       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

         PLEASE TAKE NOTICE that Plaintiff JOANNA HARRIS requests that pursuant to an agreement between the parties that Defendant British Airways, PLC and this entire action be dismissed with prejudice.

REQUEST FOR DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 17, 205 | DAVID YEREMIAN & ASSOCIATES, INC. |
| 3 | | |
| 4 | | By: _____ |
| 5 | | David Yeremian |
| 6 | | Michele L. Jackson |
| 7 | | Attorneys for Plaintiff |
| | | JOANNA HARRIS |

**IT IS SO ORDERED.**

DATED: September 21, 2015

_____
UNITED STATES DISTRICT JUDGE

- 2 -
REQUEST FOR DISMISSAL